**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANGELA MCDERMOTT, on behalf of herself and all others similarly situated, | ) | |
| | ) | C.A. No. 26-861-CFC |
| Plaintiff, | ) | |
| v. | ) | |
| CARDA HEALTH, INC. | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brandon T. White and Travis A. Sabalewski of Holland & Knight LLP to represent Defendant Carda Health, Inc. in this action.

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)
Andrew L. Rosen (#7651)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
shandler@rlf.com
rosen@rlf.com

Dated: September 2, 2026

*Counsel for Defendant Carda Health, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANGELA MCDERMOTT, on behalf of herself and all others similarly situated, | ) | |
| | ) | C.A. No. 26-861-CFC |
| Plaintiff, | ) | |
| v. | ) | |
| CARDA HEALTH, INC. | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, this _______ day of __________, 2026, that counsel's motion for the admission *pro hac vice* of Brandon T. White and Travis A. Sabalewski of Holland & Knight LLP to represent Defendant Carda Health, Inc. is GRANTED.

_________________________________
The Honorable Colm F. Connolly
United States District Court Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the States of Florida, Georgia, and the District of Columbia; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and *Pro Hac Vice* Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;
2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

September 2, 2026
Date

*/s/ Brandon T. White*

Brandon T. White
Holland & Knight LLC
701 Brickell Avenue,
Suite 3300
Miami, Florida 33131
(305) 789-7470
Brandon.White@hklaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing and in good standing as a member of the Bar of the State of Virginia; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and *Pro Hac Vice* Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

September 2, 2026
Date

*/s/ Travis A. Sabalewski*
Travis A. Sabalewski
Holland & Knight LLC
200 South 10th Street,
Suite 1000
Richmond, Virginia 23219
(804) 799-6591
Travis.Sabalewski@hklaw.com