**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANGELA MCDERMOTT, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | C.A. No. 1:26-cv-00861-CFC |
| v. | ) | |
| CARDA HEALTH, INC., | ) | |
| Defendant. | ) | |

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the time for the parties to serve their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is hereby extended through and including October 20, 2026.

Dated: October 13, 2026


*/s/ Dean R. Roland*
Dean R. Roland (#6459)
R. Grant Dick IV (#5123)
COOCH AND TAYLOR, P.A.
1000 North West St., Suite 1500
P.O. Box 1680
Wilmington, DE 19899
(302) 984-3816
droland@coochtaylor.com
gdick@coochtaylor.com

*/s/ Andrew L. Rosen*
Chad M. Shandler (#3796)
Andrew L. Rosen (#7651)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
shandler@rlf.com
rosen@rlf.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

Brandon T. White
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
(305) 789-7470
Brandon.White@hklaw.com

Travis A. Sabalewski
HOLLAND & KNIGHT LLC
200 South 10th Street,
Suite 1000
Richmond, Virginia 23219
(804) 799-6591
Travis.Sabalewski@hklaw.com

*Attorneys for Defendant Carda Health, Inc.*

SO ORDERED this 14th day of October, 2026.

/s/ Colm F. Connolly
The Honorable Colm F. Connolly
United States District Court Chief Judge