**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Angela McDermott, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CARDA HEALTH, INC.,<br><br>*Defendant*. | Case No. 1:26-cv-00861-CFC |

**NOTICE OF SERVICE**

I, Dean R. Roland, hereby certify that on October 20, 2026, a true and correct copy of Plaintiff's Rule 26(a) Initial Disclosures was caused to be served on the following counsel of record via electronic mail:

Andrew L. Rosen, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
902 N. King Street
Wilmington, DE 19801
rosen@rlf.com
shandler@rlf.com

Travis Sabalewski, Esquire
Brandon White, Esquire
travis.sabalewski@hklaw.com
brandon.white@hklaw.com

October 21, 2026

**COOCH AND TAYLOR, P.A.**

*/s/ Dean R. Roland*
Dean R. Roland (No. 6459)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 984-3851
droland@coochtaylor.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*